1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Ste. 112
   Fresno, California 93720
3  Telephone: (559) 449-9069
   Facsimile: (559) 449-9016
4

5  Attorney for Defendant, PAUL MARGRAF

Filed
OCT - 2 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>              Plaintiff,                )<br>                                        )<br>vs.                                     )<br>                                        )<br>PAUL MARGRAF,                           )<br>                                        )<br>              Defendant.                )<br>_____) | CASE NO. 7:09-cr-00287-RS-1<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER FOR WAIVER OF<br>DEFENDANT'S APPEARANCE<br>AT ALL STATUS CONFERENCES |

   IT IS HEREBY STIPULATED by and between the Defendant, PAUL MARGRAF, his Attorney of record, CAROL ANN MOSES, and ROBERT MICHAELS, Special Assistant United States Attorney, that pending the Court's approval, Mr. Margraf will not be required to be present in court at any Status Conference throughout the pendency of this case.

   The Defendant, PAUL MARGRAF, having been advised of his right to be present at all stages of the proceedings, hereby waives the right to be present at any Status Conference.

   The undersigned Defendant requests the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest is represented at all times by the presence of his attorney the same as if the Defendant were

///

1  personally present in court, and further agrees that notice to Defendant's attorney that
2  Defendant's presence in court on a particular day at a particular time is required is notice to the
3  Defendant of the requirement of Defendant's appearance at that time and place.
4      Defendant is aware that his presence will be required at all other stages of the court
5  proceedings.

7  Dated: September 30, 2009        By: /s/ Paul Margraf
                                              PAUL MARGRAF

9  Dated: October 1, 2009            By: /s/ Carol Ann Moses
                                              CAROL ANN MOSES
                                              Attorney for Defendant,
                                              PAUL MARGRAF

12  Dated: October 1, 2009            By: /s/ Robert N. Michaels
                                              ROBERT N. MICHAELS
                                              Special Assistant U.S. Attorney

[~~PROPOSED~~] ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

1. Defendant, PAUL MARGRAF, will not be required to be present at any Status Conference throughout the pendency of this case.

Dated: 10/2/09

By: _____
RICHARD SEEBORG
U.S. Magistrate Court Judge